UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA, INC.,

                Petitioner,

        -v-

STRIPE, INC.,

                Respondent.

Case No. 1:24-cv-06291-VEC

## CERTIFICATE OF SERVICE

I, Taylor Farkouh, hereby certify that:

On August 21, 2024, I served the within **PETITION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION IN AID FOR ARBITRATION, CIVIL COVER SHEET, ISSUED SUMMONS, RULE 7.1 CORPORATE DISCLOSURE STATEMENT, PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF, MEMORANDUM OF LAW IN SUPPORT, DECLARATION OF PHYLLIS JAGER IN SUPPORT, DECLARATION OF JONATHAN E. TEMCHIN IN SUPPORT, and SIGNED ORDER TO SHOW CAUSE** by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express overnight courier, addressed to the Respondent, Stripe, INC., in accordance with the Court's Order to Show Cause, dated August 21, 2024 (ECF #12). Respondent's address is designated as follows:

    STRIPE, INC.
    354 Oyster Point Road
    South San Francisco, CA 94080
    ***Tracking No. 778111763239***

Dated: New York, New York
       August 22, 2024

                                            */s/ Taylor Farkouh*
                                            Taylor Farkouh