UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   ZUMEDIA, INC,                                                   :

                                            Plaintiff,        :
                       -against-                         :         24-CV-6291 (VEC)

                                                              :             <u>ORDER</u>
   STRIPE, INC.,                                                    :

                                   Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 28, 2024, the parties appeared before the Court for a hearing regarding the August 20, 2024, Petition for a Temporary Restraining Order and Preliminary Injunction in Aid of Arbitration (the "Petition," Dkt. 1) and the August 21, 2024, Order to Show Cause (Dkt. 12).

       IT IS HEREBY ORDERED that, for the reasons set forth at the August 28, 2024, hearing, the Petition is DENIED.

       IT IS FURTHER ORDERED that the parties must meet and confer and submit a joint letter not later than **Friday, September 6, 2024**, indicating whether there is any reason why the Court should not dismiss the Petition and terminate this action. If there is a need to proceed with the Petition, the parties must propose next steps in the joint letter.

**SO ORDERED.**

Date:  August 28, 2024                             _____
         New York, New York                       **VALERIE CAPRONI**
                                                           **United States District Judge**